**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**JAMES DIEFFENBAUCH, individually
& on behalf of all similarly situated,**

      Plaintiff(s)

                                                                     Case Number 8:17-cv-1180-BKS-CFH

v.

**RHINEHART
RAILROAD
CONSTRUCTION, INC.**

      **Defendant.**

_____/

    **THIS MATTER** having come before the Court upon Plaintiff, James Dieffenbauch's, individually and on behalf of all similarly situated, Unopposed Motion to Approve FLSA Collective Action Settlement,

    **IT IS HEREBY ORDERED** on this  3rd  day of   March  , 2023, that the Motion is **GRANTED,** and represents a fair and reasonable compromise of the Plaintiff and Opt-In Plaintiffs' FLSA claims.  The Settlement Agreement represents a compromise of bona fide disputed issues and is approved in its entirety.  The amount of attorneys' fees and costs included in the Settlement Agreement are also fair and reasonable.

    **IT IS FURTHER ORDERED THAT** this case be dismissed with prejudice, but the Court will retain jurisdiction to enforce the settlement if necessary.

                                                        **IT IS SO ORDERED.**

                                                        */s/ Brenda K. Sannes*
                                                        Brenda K. Sannes
                                                        Chief U.S. District Judge